RILEY v. RILEY

No. 493P87.

Case below: 86 N.C. App. 636.

Petition by plaintiff for writ of supersedeas and temporary stay denied 23 September 1987.

STATE v. FARIS

No. 196P87.

Case below: 84 N.C. App. 702.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 7 October 1987.

STATE v. HERRON

No. 460P87.

Case below: 81 N.C. App. 680.

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied 7 October 1987.

STATE v. JACKSON

No. 434P87.

Case below: 86 N.C. App. 377.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 7 October 1987.

STATE v. MILLER

No. 342P87.

Case below: 86 N.C. App. 112.

Petition by defendant (Lundburg) for discretionary review pursuant to G.S. 7A-31 denied 7 October 1987.